[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
February 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16383
Non-Argument Calendar

_____

D. C. Docket No. 04-00208-CV-4

MATTHEW CONKLIN,

Plaintiff-Appellant,

versus

ENGLEHARD CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(February 27, 2006)**

Before TJOFLAT, BARKETT and HILL, Circuit Judges.

PER CURIAM:

We have carefully reviewed the briefs, record and order of the district court. Finding no reversible error in the Order of the Honorable Avant Edenfield dated and filed September 19, 2005, the judgment of the said court granting summary judgment in favor of defendant-appellee is

AFFIRMED.